1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  KIMBERLY C. EPSTEIN (169012)
   JAMES W. OLIVER (215362)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5       – and –
   WILLIAM S. LERACH (68581)
6  401 B Street, Suite 1600
   San Diego, CA  92101
7  Telephone: 619/231-1058
   619/231-7423 (fax)
8
   LAW OFFICES OF MARC S. HENZEL
9  MARC S. HENZEL
   273 Montgomery Avenue, Suite 202
10 Bala Cynwyd, PA  19004
   Telephone: 610/660-8000
11 610/660-8080 (fax)

12 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSENBAUM CAPITAL, LLC, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHARPER IMAGE CORPORATION, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. C-05-01578-CRB<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |
|---|---|---|

1  TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

2  WHEREAS, class member Rosenbaum Capital, LLC filed a class action complaint on behalf

3  of itself and all others similarly situated against Sharper Image Corporation, Richard Thalheimer,

4  Tracy Wan, Anthony Farrell and Jeffrey Forgan on April 18, 2005, captioned *Rosenbaum Capital,*

5  *LLC v. Sharper Image Corp., et al.*, Case No. CV-01578-CRB ("Complaint");

6  WHEREAS, no plaintiff has moved for or been appointed as lead plaintiff;

7  WHEREAS, no defendant in this action has answered or filed for summary judgment; and

8  WHEREAS, a class has not been certified in this action.

9  NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P.

10  41(a)(1), Rosenbaum Capital, LLC voluntarily dismisses the Complaint without prejudice.

11  DATED: July 11, 2005                LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
12                                       KIMBERLY C. EPSTEIN
                                         JAMES W. OLIVER
13

14
                                         /S/
15                                       KIMBERLY C. EPSTEIN

16                                       100 Pine Street, Suite 2600
                                         San Francisco, CA 94111
17                                       Telephone: 415/288-4545
                                         415/288-4534 (fax)
18
                                         LERACH COUGHLIN STOIA GELLER
19  July 13, 2005                          RUDMAN & ROBBINS LLP
                                         WILLIAM S. LERACH
20                                       401 B Street, Suite 1600
                                         San Diego, CA 92101
21                                       Telephone: 619/231-1058
                                         619/231-7423 (fax)
22
                                         LAW OFFICES OF MARC S. HENZEL
23                                       MARC S. HENZEL
                                         273 Montgomery Avenue, Suite 202
24                                       Bala Cynwyd, PA 19004
                                         Telephone: 610/660-8000
25                                       610/660-8080 (fax)

26                                       Attorneys for Plaintiff

27  T:\casesSF\sharper Image\NOT00022297.doc

28

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) –
C-05-01578-CRB                                                                    - 1 -

[APPROVED stamp: Judge Charles R. Breyer, United States District Court, Northern District of California]